UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE J. VISNER,

       Plaintiff,                  Case No. 19-cv-11232
                                             Hon. Matthew F. Leitman

v.

TROY STEWART, *et al.*,

       Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL (ECF No. 10) AS MOOT

Plaintiff Theodore Visner is a state prisoner currently in the custody of the Michigan Department of Corrections. On April 20, 2019, Visner filed a *pro se* Complaint against four Bay County Jail administrators and Bay County under 42 U.S.C. § 1983. (*See* Compl., ECF No. 1.)

The Court dismissed Visner's Complaint without prejudice by written order dated January 29, 2020. (*See* Order, ECF No. 9.) The Court served the order dismissing the Complaint on Visner via ordinary mail on that same day. (*See* Dkt.)

On January 31, 2020, the Court received a motion from Visner requesting that the Court appoint him counsel in this action. (*See* Mot., ECF No. 10.) It appears that Visner mailed the motion to the Court before he received a copy of the Court's order dismissing his Complaint. Because the Court has dismissed Visner's Complaint,

1

this case is no longer active and there is no need to appoint counsel for Visner. Accordingly, Visner's motion for the appointment of counsel (ECF No. 10) is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: March 11, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2020, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda
                                      Case Manager
                                      (810) 341-9764